IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHARLES L CLEGG<br>JANICE L CLEGG<br>1292 GATWICK CT<br>GAHANNA, OH  43230 | Case No: 10-57866<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on June 16, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHARLES L CLEGG
       JANICE L CLEGG
       1292 GATWICK CT
       GAHANNA, OH  43230

Case No: 10-57866

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on June 30, 2010.
The plan was confirmed on November 16, 2010.
The Case was concluded on June 16, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:    51,275.75

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 5/3 Bank Cc<br>00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BK<br>00014    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Applied Card Bank<br>00015    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00012    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00007    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK<br>00019    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHARLES L CLEGG<br>00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| CHARLES L CLEGG<br>00000    DEBTOR REFUND | 395.94 | 395.94 | 0.00 | 0.00 |
| CHASE BANK USA NA<br>00038    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Childrens Place<br>00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Christian Debt Relief Today<br>00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS<br>00009    PRIORITY | 8,119.31 | 8,119.31 | 0.00 | 0.00 |
| COURTNEY A (PERDUE) COUSINO ESQ<br>00056    ADDITIONAL ATTORNEY FEES | 750.00 | 750.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866    CHARLES L CLEGG and JANICE L CLEGG

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| EAST BAY FUNDING LLC 00001    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORP 00024    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK 00027    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank 00029    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank 00030    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK 00002    DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT 10003    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT 00003    SECURED-506 | 13,750.00 | 13,750.00 | 1,039.09 | 0.00 |
| FRANKLIN COUNTY TREASURER 00010    UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |
| GEMB / HH Gregg 00031    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GEMB / Old Navy 00032    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Gemb/walmart 00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Highway Patrol Retirement System 00035    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Hilco Rec 00036    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES 00004    DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00055    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00011    PRIORITY | 18,099.75 | 18,099.75 | 0.00 | 0.00 |
| JANICE L CLEGG 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| JP MORGAN 00037    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Macys/fdsb 00039    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MARATHON PETROLEUM CO 00040    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Meridian Fin 00041    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT 00042    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC 00016    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE C 00043   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC 00017   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC 00018   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC 00020   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00005   PRIORITY | 4,565.92 | 4,565.92 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00006   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Ohio Hospital For Psych 00044   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Physicians Credit Bure 00045   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Portfolio Rc 00046   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00033   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00025   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00026   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Resort Funding LLC 00008   UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00021   UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Sears/cbsd 00047   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Sears/cbsd 00048   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Shell Oil / Citibank 00049   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Sunoco/citi 00050   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Victoria's Secret 00051   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Visdsnb 00052   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Weisfield Jewelers 00053   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Wfnnb/new York & Compa 00054   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 395.94 | 395.94 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

|           | SECURED   | PRIORITY  | UNSECURED  | CONT DEBTS | SPECIAL | TOTAL      |
|-----------|-----------|-----------|------------|------------|---------|------------|
| ALLOWED   | 14,500.00 | 30,784.98 | 155,257.48 | 0.00       | 395.94  | 200,938.40 |
| PRIN PAID | 14,500.00 | 30,784.98 | 0.00       | 0.00       | 395.94  | 45,680.92  |
| INT PAID  | 1,039.09  | 0.00      | 0.00       | 0.00       |         | 1,039.09   |
|           |           |           |            |            | TOTAL PAID: | 46,720.01 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

DEBTOR'S ATTORNEY                                     ALLOWED          TOTAL PAID
COURTNEY A (PERDUE) COUSINO ESQ                       2,800.00           2,800.00

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|-----------------|-------------|-------------|------------|
| 2,146.13        | 0.00        | 5.55        | 2,151.68   |

Dated: 07/01/2015                          /s/ Faye D. English
                                           FAYE D. ENGLISH TRUSTEE
                                           CHAPTER 13 TRUSTEE
                                           ONE COLUMBUS
                                           10 WEST BROAD ST., SUITE 900
                                           COLUMBUS, OH  43215-3449
                                           (614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHARLES L CLEGG
      JANICE L CLEGG
      1292 GATWICK CT
      GAHANNA, OH  43230

Case No: 10-57866

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHARLES L CLEGG
      JANICE L CLEGG
      1292 GATWICK CT
      GAHANNA, OH  43230

Case No: 10-57866

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 7/1/2015

/s/ Faye D English

Electronically signed by
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866  CHARLES L CLEGG and JANICE L CLEGG

Creditor Matrix for Case Number 10-57866

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| East Bay Funding, LLC | c/o Resurgent Capital Services PO Box 288 | GREENVILLE | SC | 296030000 |
| Fifth Third Bank | | | | 000000000 |
| Ford Motor Credit Company, LLC | | | | 000000000 |
| HSBC Bank USA, NA | | | | 000000000 |
| HSBC Mortgage Services, Inc | | | | 000000000 |
| Midland Funding, LLC | PO Box 248897 | Oklahoma City | OK | 731248897 |
| 5/3 Bank Cc | 5050 Kingsley Dr | Cincinatti | OH | 452630000 |
| Alliance One | 4850 Street Rd., Suite 300 | Trevose | PA | 190530000 |
| American Express | c/o Becket and Lee LLP Po Box 3001 | Malvern | PA | 193550000 |
| American Express Centurion Bank | c/o Becket and Lee LLP POB 3001 | Malvern | PA | 193550701 |
| Applied Card Bank | Attention: General Inquiries Po Box 17120 | Wilmington | DE | 198860000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Bank Of America | Attn: Bankruptcy NC4-105-03-14 Po Box 26012 | Greensboro | NC | 274100000 |
| Betty D Montgomery | MacMurray, Cook, Peterson & Shuster 6530 W. Campus Oval, Suite 210 | New Albany | OH | 430540000 |
| Bradley Triplett | Javitch, Block & Rathbone 1100 Superior Ave, 19th Floor | Cleveland | OH | 441140000 |
| CApital One Bank (USA), NA | P.O. Box 60599 | City of Industry | CA | 917160599 |
| CR Evergreen, LLC | MS 550 PO Box 91121 | Seattle | WA | 981119221 |
| CVCS | 7500 Office Ridge Circle | Eden Prairie | MN | 553440000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| | | | | |
|---|---|---|---|---|
| Capital One | P.O. Box 71083 | Charlotte | NC | 282721083 |
| Capital One Bank (USA), N.A. | by American Infosource Lp As Agent<br>PO Box 71083 | Charlotte | NC | 282721083 |
| Capital One Bank USA NA | American InfoSource LP<br>PO Box 71083 | Charlotte | NC | 282721083 |
| Capital One, N.a. | C/O American Infosource<br>Po Box 54529 | Oklahoma City | OK | 731540000 |
| Chase | Po Box 15298 | Wilmington | DE | 198500000 |
| Chase Bank USA NA | 3700 Wiseman Blvd. | San Antonio | TX | 782510000 |
| Chase Bank USA,N.A | c/o Creditors Bankruptcy Service<br>P O Box 740933 | Dallas | TX | 753740000 |
| Chase- Bp | Po Box 15298 | Wilmington | DE | 198500000 |
| Childrens Place | Attn.:  Centralized Bankruptcy<br>Po Box 20507 | Kansas City | MO | 641950000 |
| Christian Debt Relief Today | 6041 Kimberly Blvd., Suite J | Pompano Beach | FL | 330680000 |
| Citibank | Attention: Centralized Bankruptcy<br>Po Box 20507 | Kansas City | MO | 649150000 |
| Citibank Usa | Attn.: Centralized  Bankruptcy<br>Po Box 20363 | Kansas City | MO | 641950000 |
| Citifinancial | 36 East 7th St., Suite 2400 | Cincinnati | OH | 452020000 |
| Citifinancial | Bsp13a | Baltimore | MD | 212020000 |
| City of Columbus | Division of Income Tax<br>50 W. Gay St., 4th Floor | Columbus | OH | 432159037 |
| Client Services, Inc. | 3451 Harry Truman Blvd | Saint Charles | MO | 633014047 |
| Department of the Treasury | Internal Revenue Service<br>PO Box 7346 | Philadelphia | PA | 191017346 |
| Festiva Management Group | One Vance Gap Road | Asheville | NC | 288050000 |
| Fia Card Services, NA As Successor In Intere | Bank of America NA and Mbna America Bank<br>1000 Samoset Drive | Newark | DE | 197130000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| | | | | |
|---|---|---|---|---|
| Fifth Third Bank | 38 Fountain Square | Cincinnati | OH | 452630000 |
| Fifth Third Bank | C/O Bankruptcy Dept, Mdropso5 1850 East Paris | Grand Rapids | MI | 495460000 |
| Fifth Third Bank | PO Box 829009 | Dallas | TX | 753829009 |
| Fifth Third Bank | PO Box 9013 | Addison | TX | 750010000 |
| Ford Motor Credit Company LLC | Reimer Arnovitz Chernek & Jeffrey Co LPA 2450 Edison Blvd | Twinsburg | OH | 440870000 |
| Ford Motor Credit Corporation | National Bankruptcy Center Po Box 6275 | Dearborn | MI | 481210000 |
| Franklin County Treasurer | 373 S. High St., 17th Floor | Columbus | OH | 432156306 |
| GEMB / HH Gregg | Attention: Bankruptcy Po Box 103104 | Roswell | GA | 300760000 |
| GEMB / Old Navy | Attention: Bankruptcy Po Box 103104 | Roswell | GA | 300760000 |
| Gemb/jcp | Attention: Bankruptcy Po Box 103104 | Roswell | GA | 300760000 |
| Gemb/walmart | Po Box 981400 | El Paso | TX | 799980000 |
| HSBC Bank USA NA | &#037; HSBC Mortgage Svcs Inc 636 Grand Regency Blvd | Brandon | FL | 335100000 |
| HSBC Mortgage Services, Inc. servicer for | PO Box 21188 | Eagan | MN | 551210000 |
| Highway Patrol Retirement System | 6161 Busch Boulevard, Suite 119 | Columbus | OH | 432292553 |
| Hilco Rec | Attn: Bankruptcy 1120 Lake Cook Road Suite B | Buffalo Grove | IL | 600890000 |
| Hsbc Bank | Attn: Bankruptcy Po Box 5253 | Carol Stream | IL | 601970000 |
| Hsbc/ms | Po Box 3425 | Buffalo | NY | 142400000 |
| Hsbc/vlcty | Attn: Bankruptcy Po Box 15522 | Wilmington | DE | 198500000 |
| Internal Revenue Service | 550 Main Street Rm. 3525 | Cincinnati | OH | 452010000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| | | | | |
|---|---|---|---|---|
| JcPenney | P.O. Box 981131 | El Paso | TX | 799981131 |
| Joseph Degiorgio | 3705 Marlane Drive | Grove City | OH | 431230000 |
| Jp Morgan | Po Box 32096 | Louisville | KY | 402320000 |
| Kohls | Attn: Recovery Dept<br>Po Box 3120 | Milwaukee | WI | 532010000 |
| Kohls | P.O. Box 2983 | Milwaukee | WI | 532012983 |
| LVNV Funding LLC its successors and assigns | assignee of CHASE BANK USA, NA<br>Resurgent Capital Services | Greenville | SC | 296030587 |
| MCM | Dept. 12421<br>P.O. Box 603 | Oaks | PA | 194560000 |
| Macys/fdsb | Macy&#039;s Bankruptcy<br>Po Box 8053 | Mason | OH | 450400000 |
| Marathon Petroleum Co | 539 S Main St | Findlay | OH | 458400000 |
| Meridian Fin | 21 Overland Industrial B | Asheville | NC | 288060000 |
| Midland Credit Management | Po Box 939019 | San Diego | CA | 921930000 |
| Midland Credit Management, Inc. | 8875 Aero Drive, Suite 200 | San Diego | CA | 921230000 |
| Midland Funding LLC by American InfoSource L | PO Box 248897 | Oklahoma City | OK | 731248897 |
| NCO Financial Systems | 507 Prudential Road | Horsham | PA | 190440000 |
| NCO Financial Systems | P.O. Box 4909<br>Dept. 22 | Trenton | NJ | 086500000 |
| Nelson, Watson & Associates, LLC | 80 Merrimack St. Lower Level | Haverhill | MA | 018300000 |
| New Century Mortgage C | Po Box 15298 | Wilmington | DE | 198500000 |
| OAK HARBOR CAPITAL LLC | C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| Ohio Department of Taxation | 101 E. Town Street | Columbus | OH | 432150000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| | | | | |
|---|---|---|---|---|
| Ohio Department of Taxation | 150 E. Gay Street 21st Floor | Columbus | OH | 432150000 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| Ohio Hospital For Psych | P.O. Box 1000 | Memphis | TN | 381480001 |
| Ohio State Attorney General | 30 E. Broad St. 17 Floor | Columbus | OH | 432150000 |
| PRA Receivables Management LLC | As Agent Of Portfolio Recovery Assocs POB 41067 | Norfolk | VA | 235410000 |
| PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. POB 41067 | Norfolk | VA | 235410000 |
| Physicians Credit Bure | 3592 Corporate Dr Ste 10 | Columbus | OH | 432310000 |
| Portfolio Rc | Attn: Bankruptcy Po Box 41067 | Norfolk | VA | 235410000 |
| Resort Funding LLC | 360 S. Warren St. 6th Floor | Syracuse | NY | 132020000 |
| Resort Funding LLC | P.O. Box 5119 | Buffalo | NY | 142405119 |
| Sears/cbsd | 701 East 60th St N | Sioux Falls | SD | 571170000 |
| Sears/cbsd | 8725 W. Sahara Ave | The Lakes | NV | 891630000 |
| Shell Oil / Citibank | Attn.: Centralized Bankruptcy Po Box 20507 | Kansas City | MO | 641950000 |
| Sunoco/citi | Po Box 6497 | Sioux Falls | SD | 571170000 |
| Thomas J. Novacks | Likens & Blomquist 3700 Corporate Drive Suite 120 | Columbus | OH | 432310000 |
| Timothy R. Billick | John D. Clunk Co LPA 4500 Courthouse Blvd, Suite 400 | Stow | OH | 442240000 |
| Victoria&#039;s Secret | Po Box 182124 | Columbus | OH | 432180000 |
| Visdsnb | Attn: Bankruptcy Po Box 8053 | Mason | OH | 450400000 |
| Weisfield Jewelers | Attn: Bankruptcy Po Box 3680 | Akron | OH | 443090000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-57866   CHARLES L CLEGG and JANICE L CLEGG

| | | | | |
|---|---|---|---|---|
| Wfnnb/new York & Compa | Po Box 182122 | Columbus | OH | 432180000 |
| eCAST Settlement Corporation assignee of Cit | (South Dakota) NA POB 29262 | New York | NY | 100879262 |
| Charles L Clegg | 1292 Gatwick Court | Gahanna | OH | 432300000 |
| Courtney A Cousino (Perdue) | Fesenmyer Law Offices, LLC 1335 Dublin Road, Suite 205C | Columbus | OH | 432150000 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Janice L Clegg | 1292 Gatwick Court | Gahanna | OH | 432300000 |

Page 6 of 6          1057866

Page 7 of 7          1057866